IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE SAUNDERS and RICHARD HAYDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | No. 1:23-cv-10998-RWZ |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated July 19, 2022, Defendant Hearst Television Inc., through its undersigned attorneys, will move this Court, before the Honorable Rya W. Zobel, United States District Court Judge, District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), granting its motion to dismiss the Class Action Complaint (ECF No. 1), with prejudice, and for such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that in accordance with the Court's June 27, 2023 Order (ECF No. 10), any opposition to this Motion shall be served and filed by August 23, 2023, and any reply shall be served and filed by September 12, 2023.

Dated: July 19, 2023
New York, New York

Respectfully submitted,

By: /s/ Matthew Greenfield

Matthew Greenfield (Mass. BBO No. 684596)
Jonathan R. Donnellan*
Andrea R. Butler*
Kristen Hauser*
*The Hearst Corporation*
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
matthew.greenfield@hearst.com
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Admitted Pro Hac Vice*

*Attorneys for Defendant Hearst Television, Inc.*

**RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues addressed in this motion.

/s/ Andrea R. Butler*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 19, 2023.

/s/ Matthew Greenfield