IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE SAUNDERS and RICHARD HAYDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | No. 1:23-cv-10998-RGS |

**DEFENDANT'S NOTICE OF MOTION TO COMPEL PRODUCTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated June 20, 2024, and the accompanying Declaration of Andrea R. Butler and Exhibits, Defendant Hearst Television Inc. ("HTV"), through its undersigned attorneys, will move this Court, before the Honorable Richard G. Stearns, United States District Court Judge, District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, for an Order, pursuant to Rule 37(a), Federal Rules of Civil Procedure and Local Rule 37.1 for an order compelling Plaintiff Michele Saunders ("Plaintiff") to produce all documents relating to the "private research company" and its analysis, which Plaintiff voluntarily disclosed and relied on in the First Amended Complaint and in Opposition to HTV's Motion to Dismiss, and for such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that in accordance with Local Rules 7.1 and 37.1, any opposition to this Motion shall be served and filed by July 5, 2024.

Dated: June 20, 2024
New York, New York

Respectfully submitted,

By: /s/ Andrea R. Butler
Andrea R. Butler*
Jonathan R. Donnellan*
Matthew Greenfield (Mass. BBO No. 684596)
Kristen Hauser*
*The Hearst Corporation*
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
matthew.greenfield@hearst.com
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Hearst Television, Inc.*

**RULE 7.1(a)(2) and 37.1 CERTIFICATION**

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues addressed in this motion.

/s/ Andrea R. Butler*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document and all accompanying papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 20, 2024.

/s/ Andrea R. Butler*