**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHELE SAUNDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns |

## PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

Plaintiff Michele Saunders ("Plaintiffs"), by and through her undersigned counsel, respectfully moves to compel Defendant Hearst Television, Inc.'s ("Defendant") responses to Plaintiff's First Set of Requests for Production of Documents. The bases for Plaintiff's Motion are fully set forth in the contemporaneously filed Memorandum of Law in Support of Its Motion and the accompanying Declaration of Max S. Roberts.

## L.R. 7.1(A)(2) AND 37.1(A)-(B) CERTIFICATION

Pursuant to Local Rules 7.1(a)(2) and 37.1(a)-(b), the undersigned counsel certifies they counsel for Plaintiff and counsel for Defendant met and conferred on the "search terms" issue set forth in the Motion and accompanying Memorandum of Law via telephone for approximately 48 minutes on July 9, 2024. Present at the conference were Max S. Roberts, Victoria X. Zhou, and James J. Reardon Jr. for Plaintiff; and Andrea R. Butler, Kristen Hauser, and Matthew Greenfield for Defendant. Subsequent emails were exchanged between the Parties between July 10, 2024 and July 19, 2024, which also concerned the "JIRA tickets" issue set forth in the Motion and accompanying Memorandum of Law. The Parties are at an impasse as to each of the issues set forth in the Motion.

Dated: July 23, 2024

Respectfully submitted,

By: */s/ Max S. Roberts*
Max S. Roberts

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice Forthcoming*)
Max S. Roberts (*Pro Hac Vice*)
Victoria X. Zhou (*Pro Hac Vice Forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
E-Mail: james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I electronically filed the foregoing document with the Court's CM/ECF system, which will provide e-mail notice to all counsel of record.

By: */s/ Max S. Roberts*
Max S. Roberts