**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Charles Therrien ("Plaintiff"), by and through his undersigned counsel, respectfully moves for class certification pursuant to Fed. R. Civ. P. 23. The grounds and legal authority for this motion are set forth in (i) Plaintiff's accompanying memorandum of law; (ii) the Declaration of Yitzchak Kopel and all exhibits thereto; (iii) the Declaration Charles Therrien; and (iv) the Dr. Narseo Vallina-Rodriguez and all exhibits thereto, which are incorporated by reference.

## L.R. 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Plaintiff and counsel for Defendant Hearst Television, Inc. ("Defendant") met and conferred on the issues set forth in the Motion and accompanying Memorandum of Law on September 6, 2024 via videoconference. Present at the conference were Max S. Roberts and Victoria X. Zhou for Plaintiff, and Andrea Butler and Kristen Hauser for Defendant. The Parties were unable to resolve the issues set forth in the Motion.

Dated: September 6, 2024

Respectfully submitted,

By: /s/ Yitzchak Kopel
Yitzchak Kopel

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice*)
Max S. Roberts (*Pro Hac Vice*)
Victoria X. Zhou (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
E-Mail: james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2024, I electronically filed the foregoing document with the Court's CM/ECF system, which will provide e-mail notice to all counsel of record.

By: */s/ Yitzchak Kopel*
Yitzchak Kopel