**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns |

**DECLARATION OF YITZCHAK KOPEL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Yitzchak Kopel, hereby declare as follows.

1. I am a partner at Bursor & Fisher, P.A. I am an attorney at law licensed to practice in the States of New York, Missouri, and New Jersey, and I am admitted *pro hac vice* in this District. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Motion for Class Certification.

3. Attached as **Exhibit 1** is a true and correct copy of Bursor & Fisher, P.A.'s firm resume.

4. Attached as **Exhibit 2** is a true and correct copy of the Aug. 19, 2024 email sent from Andrea Butler to Yitzchak Kopel.

5. Attached as **Exhibit 3** is a true and correct copy of a document bearing the Bates No. BRAZE-00005. Due to file size limitations, this document has been produced on a separate USB drive in its native CSV format and mailed to the Court and all counsel of record.

6. Attached as **Exhibit 4** is a true and correct copy of the transcript of the deposition of Michael Rosellini, Defendant's Fed. R. Civ. P. 30(b)(6) witness.

7. Attached as **Exhibit 5** is a true and correct copy of a Google search of [redacted]—Plaintiff's e-mail address—showing Plaintiff's LinkedIn profile as the second result.

8. Attached as **Exhibit 13**[1] is a true and correct copy of a document bearing the Bates Nos. HTV-0000246-51, which was previously marked as Plaintiff's Exhibit 13 at the deposition of Michael Rosellini.

9. Attached as **Exhibit 14** is a true and correct copy of a document bearing the Bates No. HTV-0000363, which was previously marked as Plaintiff's Exhibit 14 at the deposition of Michael Rosellini.

10. Attached as **Exhibit 15** is a true and correct copy of a document bearing the Bates Nos. HTV-0000232-43, which was previously marked as Plaintiff's Exhibit 15 at the deposition of Michael Rosellini.

11. Attached as **Exhibits 16-43** are true and correct copies of documents bearing the Bates Nos. HTV-0000612-40, which were previously marked as Plaintiff's Exhibits 16-43 at the deposition of Michael Rosellini. Due to file size limitations, these documents have been produced on the separate USB drive in their native CSV format that also contains the native file of Exhibit 3 to this Declaration. This separate USB drive was mailed to the Court and all counsel of record.

12. Attached as **Exhibit 44** is a true and correct copy of a document showing a screenshot of a Google search for [redacted] which was previously marked as Plaintiff's Exhibit 44 at the deposition of Michael Rosellini.

[1] For convenience, this Declaration retains the same exhibit numbering as the exhibits introduced at depositions. Therefore, the exhibit numbers for the attached exhibits jump from 5 to 13.

13. Attached as **Exhibit 46** is a true and correct copy of a document showing a screenshot of a Google Maps search for one of two sets of coordinates associated with the Defendant's 30(b)(6) witness. This was previously marked as Plaintiff's Exhibit 46 at the deposition of Michael Rosellini.

14. Attached as **Exhibit 47** is a true and correct copy of a document showing a screenshot of a Google search for Defendant's 30(b)(6) witness' home address along with "beenverified." This was previously marked as Plaintiff's Exhibit 47 at the deposition of Michael Rosellini.

15. Attached as **Exhibit 48** is a true and correct copy of a document showing a screenshot of a Google Maps search for the second of two sets of coordinates associated with the Defendant's 30(b)(6) witness. This was previously marked as Plaintiff's Exhibit 48 at the deposition of Michael Rosellini.

16. Attached as **Exhibit 52** is a true and correct copy of a document bearing the Bates Nos. HTV-0000329-32, which was previously marked as Plaintiff's Exhibit 52 at the deposition of Michael Rosellini.

17. Attached as **Exhibit 53** is a true and correct copy of a document bearing the Bates No. HTV-0000513, which was previously marked as Plaintiff's Exhibit 53 at the deposition of Michael Rosellini.

18. Attached as **Exhibit 54** is a true and correct copy of a document bearing the Bates No. HTV-0000514, which was previously marked as Plaintiff's Exhibit 54 at the deposition of Michael Rosellini.

I declare under penalty of perjury under the laws of the State of New York and the Commonwealth of Massachusetts that the foregoing is true and correct. Executed on September 6, 2024 in New York, New York.

Y. Kopel

Yitzchak Kopel