**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns |

**DECLARATION OF PLAINTIFF CHARLES THERRIEN**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Charles Therrien, hereby declare as follows.

1. I am the named plaintiff in the above-captioned action, *Therrien v. Hearst Television, Inc.*, Case No. 1:23-cv-10998, pending in the United States District Court for the District of Massachusetts. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I first downloaded the WMUR mobile application onto my Android mobile device and signed up for a WMUR account more than ten years ago. I have been continuously using the WMUR mobile application to watch videos since then.

3. Between May 5, 2021, and the present, I have regularly viewed videos on the WMUR mobile application while signed into my WMUR account on my Android mobile phone. When I view videos on the WMUR app, I usually do so while I am located in my home. This happens multiple times a week.

4. I have always kept location permissions enabled on the WMUR application. I have never reset my AAID.

5. My email address is [redacted]. I entered that email address at the time I first installed the WMUR application on my phone.

6. I have been in close contact with my counsel regarding this case since retaining them. I am ready, willing, and able to assist with my counsel's investigation, and I have already done so by: reviewing and authorizing the filing of legal documents including the Second Amended Complaint, preparing documents to respond to discovery, and preparing to provide my personal phone for imaging.

7. I am willing to testify at a deposition and at trial should the need arise.

8. I have no interests antagonistic to those of the absent putative class members. No conflicts of interest exist between me and the absent putative class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Sep 4, 2024 in Pembroke, New Hampshire.

Charles Therrien
Charles Therrien (Sep 4, 2024 16:59 EDT)

Charles Therrien