**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHARLES THERRIEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HEARST TELEVISION, INC.,

Defendant.

Case No. 1:23-cv-10998

Hon. Richard G. Stearns

**DECLARATION OF DR. NARSEO VALLINA-RODRIGUEZ**

# FILED UNDER SEAL