IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998-RGS<br><br>Hon. Richard G. Stearns<br><br>ORAL ARGUMENT REQUESTED PURSUANT TO LOCAL RULE 7.1(d) |

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated January 17, 2025, the accompanying Statement of Material Facts pursuant to Local Rule 56.1, and the accompanying Declaration of Andrea R. Butler and Exhibits, Defendant Hearst Television Inc. ("HTV"), through its undersigned attorneys, will move this Court, before the Honorable Richard G. Stearns, United States District Court Judge, District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment for Defendant, and for such other and further relief as may be just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), HTV respectfully requests oral argument on this motion.

Dated: January 17, 2025
New York, New York

Respectfully submitted,

By: /s/ *Matthew Greenfield*

Matthew Greenfield (Mass. BBO No. 684596)
Jonathan R. Donnellan*
Andrea R. Butler*
Kristen Hauser*
*The Hearst Corporation*
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
matthew.greenfield@hearst.com
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Hearst Television Inc.*

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff on January 7, 2025, and attempted in good faith to resolve or narrow the issues addressed in this motion.

*/s/ Andrea R. Butler**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document and all accompanying papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 17, 2025.

*/s/ Matthew Greenfield*
Matthew Greenfield