**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998-RGS<br><br>Hon. Richard G. Stearns |

**STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1 IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56.1 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Local Rules of the United States District Court for Massachusetts, Defendant Hearst Television Inc. ("HTV"), by and through its counsel, hereby asserts that the following facts are not in dispute for purposes of this motion. The inclusion of a fact herein is not an admission that it is legally material, or that a dispute concerning such fact would preclude the grant of summary judgment.

## I. The HTV Mobile Apps.

1. HTV (or affiliated entities) operates 28 local broadcast television stations that produce news and weather content in various geographic media markets in the United States, including WMUR-TV in Manchester, NH and WCVB-TV in Boston, MA. Other stations include WBBH-TV in Fort Myers/Naples, FL, WESH-TV in Orlando, FL, KCRA-TV in Sacramento, CA, WTAE-TV in Pittsburgh, PA, WBAL-TV in Baltimore, MD, KMBC-TV in Kansas City, MO, WLWT-TV in Cincinnati, OH, WISN-TV in Milwaukee, WI, WPBF-TV in West Palm Beach, FL, WYFF-TV in Greenville/Spartanburg, SC, KOCO-TV in Oklahoma City, PA, WVTM-TV in Birmingham, AL, WGAL-TV in Lancaster/Harrisburg, PA, KOAT-TV in Alburquerque, NM,

WXII-TV in Greensboro/High Point/Winston-Salem, NC, WLKY-TV in Louisville, KY, WDSU-TV in New Orleans, LA, KCCI-TV in Des Moines, IA, KETV in Omaha, NE, WMTW-TV in Portland/Auburn, ME, WJCL-TV in Savannah, GA, WAPT-TV in Jackson, MS, WPTZ-TV in Burlington, VT/ Plattsburgh, NY, KHBS-TV/KHOG-TV in Fort Smith/Fayetteville, AR and KSBW-TV in Monterey/Salinas, CA. Declaration of Andrea Butler dated January 17, 2025 ("Butler Decl.") at. Ex. A, [1] Rosellini Decl. ¶ 5; Ex. B, Rosellini Dep., 9:15-24.

2. Each of the listed stations broadcasts live local news and weather programming to viewers on TV. Ex. A, Rosellini Decl. ¶ 6, Ex. B, Rosellini Dep. 10:10-21.

3. HTV stations' live local news and weather programming also are available for viewing on mobile applications operation by HTV (the "HTV Apps"). [2] Ex. A, Rosellini Decl. ¶ 6; Ex. B, Rosellini Dep. 10:13-12:11 & errata.

4. The HTV Apps also publish news and weather articles for access by users at any time. Ex. A, Rosellini Decl. ¶ 6; Ex. B, Rosellini Dep. 10:13-11:4 & errata.

5. News and weather articles on HTV Apps may include one or multiple videos, or no videos at all. Ex. A, Rosellini Decl. ¶ 7; Ex. B, Rosellini Dep. 69:13-21, 198:4-199:9 & errata; *see also* Ex. D, Reardon Dep. 127:15-131:3.

6. The majority of those videos, when present, have aired live on a HTV news broadcast. Ex. A, Rosellini Decl. ¶ 7.

7. Some articles include live video. Ex. A, Rosellini Decl. ¶ 7.

8. The Apps provide users access to live news and weather feeds. Ex. A, Rosellini Decl. ¶ 7; Ex. B, Rosellini Dep. 10:13-12:11 & errata.

---

[1] Exhibits to the Butler Declaration are referred to herein as "Ex. __, [abbreviated document name] at __"

[2] Collectively HTV's mobile applications are referred to herein as the "HTV Apps", and any individual app is an "HTV App" or "App".

9. The Apps provide users access to news and weather articles. Ex. A, Rosellini Decl. ¶ 7; Ex. B, Rosellini Dep. 10:13-12:11 & errata.

10. A user does not need to pay HTV in order to access the content and HTV has no mechanism to collect payments from mobile application users. Ex. A, Rosellini Decl. ¶ 8; *see also* Ex. B, Rosellini Dep. 18:24-19:18 & errata.

11. A user is not required to sign up for an account in order to access the content on HTV's mobile applications, or to watch videos. Ex. A, Rosellini Decl. ¶ 9; Ex. B, Rosellini Dep. 52:2-24, 158:25-159:9, 110:12-20; *see also* Ex. D, Reardon Dep. 98:17-21.

12. A user does not need to grant geolocation permission to install or use the HTV Apps or to watch videos. Ex. A, Rosellini Decl. ¶ 9, Ex. B; Rosellini Dep. 52:2-24, 158:25-159:9, 110:12-20.

13. A user does not need to provide an email address to install or use the HTV Apps or to watch videos. Ex. A, Rosellini Decl. ¶ 9; Ex. B, Rosellini Dep. 91:20-92:6, 110:12-20.

14. A user does not need to grant permission to share a device mobile advertising ID ("AAID" or "MAID") to install or use the HTV Apps or to watch videos. Ex. A, Rosellini Decl. ¶¶ 9 & 12; Ex. B, Rosellini Dep. 73:2-18, 77:22-78:17; *see also* Ex. D, Reardon Dep. 106:9-16.

15. An App user does not need to permit push notifications or "push" alerts in order to install or use the HTV Apps or to watch videos. Ex. B, Rosellini Dep. 126:14-23; Ex. A, Rosellini Decl. ¶ 10; *see also* Ex. B, Rosellini Dep. 126:24-127:22.

16. An App user does not need to subscribe to email newsletters in order to install or use the HTV Apps or to watch videos. Ex. B, Rosellini Dep. 126:14-127:22; *see also* Ex. A, Rosellini Decl. ¶ 10.

17. HTV does not request or obtain a user's name, street address or phone number from HTV App users. Ex. A, Rosellini Decl. ¶ 9.

18. HTV's news and weather content is supported by digital advertising. Ex. B, Rosellini Dep. 18:24-19:18 & errata; Ex. A, Rosellini Decl. ¶¶ 29, 55; *see also* Ex. B, Rosellini Dep. 22:8-13 & errata.

**II. Plaintiff's Use of the WMUR App.**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**III. HTV Mobile App Content.**

90. Articles on the Apps may contain live videos, videos that had previously aired on a news broadcast, other video content, or no videos at all. Ex. A, Rosellini Decl. ¶ 7; Ex. B, Rosellini Dep. 10:4-11:4, 70:11-23; *see also* Ex. D, Reardon Dep. 130:24-131:3.

91. The subject matter of videos included in articles may directly relate to the content of the article or it may not. Ex. B, Rosellini Dep. 70:11-71:24; Ex. A, Rosellini Decl. ¶ 52.

92. HTV articles are published at unique URLs. A URL is the equivalent of an address or location on the Internet. Ex. B, Rosellini Dep. 90:16-17; Ex. A, Rosellini Decl. ¶ 36.

93. HTV articles may be updated one or more times after their initial publication. Ex. A, Rosellini Decl. ¶¶ 33, 34.

94. An article is considered "updated" if the content changes in some way. This can include adding, removing, or replacing video. Ex. A, Rosellini Decl. ¶ 33.

95. Articles related to major weather events (storms, power outages) or breaking news (current law enforcement matters) are often updated one or more times. Ex. A, Rosellini Decl. ¶ 33.

96. An article could contain live video content at the time it is first published, but later include no video, or a replay of some, or all, of the earlier live video. Ex. A, Rosellini Decl. ¶ 33.

97. Users accessing an article at one point in time may see a live video (or videos), and users accessing an article at a later point in time may see no video, a different live video, only replayed video, or some combination of live and replayed videos. Ex. A, Rosellini Decl. ¶ 33.

98. Only the then-current version of an article is available to be viewed in the App at any given time. Ex. A, Rosellini Decl. ¶ 34.

[redacted]

[redacted]

**IV. How Content is Published on the HTV Apps.**

103. Computer code (aka "source code" or "code base") controls how the HTV Apps function, including how and where editorial content appears. Ex. A, Rosellini Decl. ¶ 36; Ex. B, Rosellini Dep. 62:12-18.

[redacted]

108. Each published article corresponds to a unique URL. Ex. B, Rosellini Dep. 81:5-7; Ex. A, Rosellini Decl. ¶ 36.

[redacted]

[redacted]

[redacted]

**V. User Access to the HTV Apps.**

125. To access news and weather content on a station's mobile App, a potential user would need to visit the applicable "app store" on their device and select the HTV App they want to download. Ex. A, Rosellini Decl. ¶ 40; Ex. C, Therrien Dep. 113:17-19; Ex. E, Saunders Dep. 82:16-83:16.

126. In the app stores, HTV provides public facing disclosures concerning data that the Apps collect and share that are available for potential App users to read before they download an HTV App, including summaries of HTV's Privacy Notice and data sharing practices. Ex. B, Rosellini Dep. 148:9-21; Ex. A, Rosellini Decl. ¶ 40; Ex. K, HTV Privacy Notice at HTV-

0000119-128; *see also* Ex. C, Therrien Dep. 113:24-114:3, 130:9-131:1; Ex. E, Saunders Dep. 82:16-83:16.

127. The app stores and the Apps themselves include links to HTV's applicable Privacy Notice. Ex. A, Rosellini Decl. ¶ 40; Ex. B, Rosellini Dep. 148:9-21; *see also* Ex. C, Therrien Dep. 113:24-114:3, 130:9-131:1; Ex. E, Saunders Dep. 82:16-83:16, 122:1-9; Ex. K, HTV Privacy Notice at HTV-0000119-128.

128. Once the user downloads the HTV App to their device, they are prompted through a series of options to customize their use of the App. Ex. A, Rosellini Decl. ¶ 10.

129. Users have the option to request an array of "push" news and/or weather alerts and/or notifications. Ex. A, Rosellini Decl. ¶ 10; Ex. B, Rosellini Dep. 211:25-212:6; Ex. C, Therrien Dep. 112:2-113:16.

130. If users request to receive "push" notifications, users have the option to enable location services. Ex. A, Rosellini Decl. ¶¶ 10, 45; Ex. B, Rosellini Dep. 52:12-20; Ex. C, Therrien Dep. 112:2-113:16, 114:18-115:17; Ex. D, Reardon Dep. 94:5-16, 95:1-8.

131. If a user chooses to share geolocation at all, users can choose how and when they share geolocation: once, always, or only when using the App. Ex. A, Rosellini Decl. ¶ 10; *see also* Ex. C, Therrien Dep. 112:2-113:16, 114:18-115:17.

132. [redacted]; rather, the Apps are programmed to only use geolocation consistent with the permission granted by the user. Ex. A, Rosellini Decl. ¶¶ 10, 18; Ex. B, Rosellini Dep. 118:16-21.

133. Separate from HTV App installation, certain Android and Apple devices or operating systems have settings that permit users to disable or enable the sharing of geolocation. Ex. A, Rosellini Decl. ¶ 11; Ex. D, Reardon Dep. 91:12-24, 92:16-93:15; 106:2-8.

134. Users may disable alerts, notifications, and location sharing at any time. Ex. A, Rosellini Decl. ¶ 10.

135. At App installation, there also is an option for the user to provide an email address to sign up to receive emails. Ex. A, Rosellini Decl. ¶ 10; *see also* Ex. B, Rosellini Dep. 110:12-20, 115:23-116:22; Ex. C, Therrien Dep. 112:2-113:16; Ex. D, Reardon Dep. 97:2-13.

136. Users may unsubscribe from emails at any time. Ex. A, Rosellini Decl. ¶ 10.

137. A "mobile advertising ID" (known as "AAID") is a string of numbers and letters used in connection with displaying advertisements on a mobile device. Ex. A, Rosellini Decl. ¶ 12; Ex. B, Rosellini Dep. 37:18-38:17, 73:8-74:8 & errata; Ex. H, Vint Decl. ¶¶ 9, 22, 29.

138. In order for HTV to use a device's AAID, users must give HTV permission to do so. Ex. A, Rosellini Decl. ¶ 12; Ex. B, Rosellini Dep. 73:8-74:8 & errata; Ex. D, Reardon Dep. 50:4-52:18; *see also* Ex. H, Vint Decl. ¶¶ 9-11.

139. These permissions may be enabled or disabled at any time. Ex. D, Reardon Dep. 39:10-20, 50:4-52:18; Ex. A, Rosellini Decl. ¶ 12; Ex. B, Rosellini Dep. 73:8-74:8 & errata; Ex. H, Vint Decl. ¶¶ 9-14, 21-29.

140. Users may reset or permanently delete an AAID, or "opt out" of having App developers use an AAID altogether. Ex. D, Reardon Dep. 39:10-20, 50:4-52:18; Ex. F, Vallina-Rodriguez Dep. 318:18-319:4; Ex. H, Vint Decl. ¶¶ 9-11, 14; Ex. B, Rosellini Dep. 74:19-76:14.

[redacted]

142. HTV uses AAIDs consistent with the permission a user sets; HTV does not use an AAID without permission. Ex. A, Rosellini Decl. ¶ 12; *see also* Ex. D, Reardon Dep. 49:10-50:9, 106:9-16; Ex. H, Vint Decl.¶¶ 9-19.

143. An AAID is unique to a device. Ex. D, Reardon Dep. 38:18-40:10; Ex. F, Vallina-Rodriguez Dep. 316:17-317:6, 317:23-318:17; Ex. A, Rosellini Decl. ¶ 12; Ex. B, Rosellini Dep. 73:24-74:8; Ex. H, Vint. Decl. ¶ 9.

144. An AAID is not associated with a person's name or address. Ex. D, Reardon Dep. 38:18-40:10; Ex. F, Vallina-Rodriguez Dep. 316:17-317:6, 317:23-318:17; Ex. A, Rosellini Decl ¶ 12; Ex. B, Rosellini Dep. 73:24-74:16; Ex. H, Vint Decl. ¶ 9.

145. Video autoplay is a setting available to App users. Ex. B, Rosellini Dep. 51:10-16, 69:13-70:10; *see also* Ex. A, Rosellini Decl. ¶¶ 50, 51, 53.

146. Users may disable or enable video autoplay at any time. Ex. A, Rosellini Decl. ¶ 53; Ex. B, Rosellini Dep. 138:14-139:16.

147. If autoplay is enabled, when a user opens an article with a video or multiple videos, as those videos are scrolled into view, the videos will start playing automatically if the device is connected to WiFi. Ex. B, Rosellini Dep. 69:13-70:10.

148. Even if autoplay is enabled, if the device is using a cellular connection, *i.e.*, not connected to WiFi, videos in an article require the user to tap to play them. Ex. B, Rosellini Dep. 69:13-70:10.

149. When autoplay is enabled and the device is connected to WiFi, if an article includes a single video, additional videos continue to play after the initial video plays in an article if the user does not navigate away from the article. Ex. A, Rosellini Decl. ¶ 53; *see also* Ex. B, Rosellini Dep. 51:10-16, 69:13-70:10.

150. The subject matter of any additional videos in an autoplay sequence can change depending on when a particular article is accessed, and could be on a different topic than the first video. Ex. A, Rosellini Decl. ¶ 53.

[redacted]

**VI. HTV's Use of Braze.**

[redacted]

[redacted]

[redacted]

[redacted]

172. [INTENTIONALLY OMITTED]

[redacted]

A. App Installation.

[redacted]

[redacted]

[redacted]

B. Geolocation.

[redacted]

[redacted]

200. [INTENTIONALLY OMITTED]

[redacted]

[redacted]

D. Video Count.

[redacted]

[redacted]

E. AAID

[redacted]

## VII. HTV's Use of Google Ad Manager (GAM).

[redacted]

227. [INTENTIONALLY OMITTED]

[redacted]

[redacted]

## VIII. Advertisements in the HTV Apps.

[redacted]

[redacted]

[redacted]

**IX. Hearst Television.**

[redacted]

[redacted]

Dated: January 17, 2025

Respectfully submitted,

*/s/ Matthew Greenfield*

Matthew Greenfield (Mass. BBO No. 684596)
Jonathan R. Donnellan*
Andrea R. Butler*
Kristen Hauser*
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
matthew.greenfield@hearst.com
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

*Admitted Pro Hac Vice

*Attorneys for Defendant Hearst Television Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 17, 2025.

*/s/ Matthew Greenfield*
Matthew Greenfield