**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CHARLES THERRIEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HEARST TELEVISION, INC.,

Defendant.

Case No. 1:23-cv-10998-RGS

Hon. Richard G. Stearns

# DECLARATION OF ANDREA R. BUTLER

I, Andrea R. Butler, declare the following pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and fully competent to make this Declaration. I am admitted *pro hac vice* in this matter to practice before this Court.

2. I am Senior Counsel with The Hearst Corporation and represent defendant Hearst Television Inc. ("HTV") in this matter.

3. I make this Declaration in support of HTV's Motion for Summary Judgment, in order to place certain documents before the Court.

4. Annexed hereto as Exhibit A is a true and correct copy of the Declaration of Michael Rosellini dated January 17, 2025.

5. Annexed hereto as Exhibit B is a true and correct copy of the transcript of the August 6, 2024, deposition of Michael Rosellini, with errata sheet attached.

6. Annexed hereto as Exhibit C is a true and correct copy of the transcript of the October 23, 2024, deposition of Plaintiff Charles Therrien.

7. Annexed hereto as Exhibit D is a true and correct copy of the transcript of the December 3, 2024, deposition of Joel Reardon.

8. Annexed hereto as Exhibit E is a true and correct copy of the transcript of the June 21, 2024, deposition of Plaintiff Michele Saunders.

9. Annexed hereto as Exhibit F is a true and correct copy of the transcript of the October 30, 2024, deposition of Narseo Vallina-Rodriguez, with errata sheet attached.

10. Exhibit G has been intentionally omitted.

11. Annexed hereto as Exhibit H is a true and correct copy of the Expert Declaration of James Vint dated November 7, 2024, which was marked as deposition Exhibit 100 in this case.

12. Annexed hereto as Exhibit I is a true and correct copy of the Master Subscription & Professional Services Agreement between Hearst Television and Appboy, Inc., Bates-stamped HTV 0000232-243, and marked as deposition Exhibit 15 in this case.

13. Annexed hereto as Exhibit J is a true and correct copy of a document reflecting an export of HTV data via the Braze API, Bates-stamped HTV 0000633, and marked as deposition Exhibit 36 in this case. This exhibit is being filed natively.

14. Annexed hereto as Exhibit K is a true and correct copy of a Hearst Television privacy policy, Bates-stamped HTV 0000116-130, and marked as deposition Exhibit 51 in this case.

15. Annexed hereto as Exhibit L is a true and correct copy of Google map, 2G4Q+H6P Manchester, New Hampshire, which was marked as deposition Exhibit 67 in this case.

16. Annexed hereto as Exhibit M is a true and correct copy of an agreement with Google LLC dated February 5, 2005 that includes Google Ad Manager Services, Bates-stamped HTV 0000277-302.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January 2025.

*/s/ Andrea R. Butler*
Andrea R. Butler

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 17, 2025.

*/s/ Andrea R. Butler*
Andrea R. Butler