**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHARLES THERRIEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HEARST TELEVISION, INC.,

Defendant.

Case No. 1:23-cv-10998-RGS

Hon. Richard G. Stearns

**DEFENDANT HEARST TELEVISION INC.'S NOTICE OF CONSTITUTIONAL QUESTION**

Matthew Greenfield (Mass. BBO No. 684596)
Jonathan R. Donnellan*
Andrea R. Butler*
Kristen L. Hauser*
*The Hearst Corporation*
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
matthew.greenfield@hearst.com
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Admitted Pro Hac Vice*

*Attorneys for Defendant Hearst Television Inc.*

**TO THE COURT, THE ATTORNEY GENERAL OF THE UNITED STATES, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Hearst Television Inc. hereby gives notice that its Motion for Summary Judgment (ECF No. 117) calls into question the constitutionality of the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA"). Specifically, Defendant contends that the VPPA is unconstitutional because it violates the First Amendment to the U.S. Constitution as applied to the facts of this case.[1]

Copies of this Notice and publicly filed versions of the Notice of Motion for Summary Judgment and Memorandum of Law in Support are being served via certified U.S. Mail on the Acting Attorney General of the United States at the following address:

James R. McHenry III, Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 90530

Dated: January 24, 2025

Respectfully submitted,

By: */s/ Matthew Greenfield*

Matthew Greenfield (Mass. BBO No. 684596)
Jonathan R. Donnellan*
Andrea R. Butler*
Kristen Hauser*
The Hearst Corporation Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
matthew.greenfield@hearst.com
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Admitted Pro Hac Vice*

*Attorneys for Defendant Hearst Television Inc.*

[1] Previously, Defendant Hearst Television, Inc. served a previously Notice of Constitutional Question in this matter on February 12, 2024. *See* ECF No. 36 at 2.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent (1) electronically to the registered participants as identified on the Notice of Electronic Filing on January 24, 2025, and (2) via certified U.S. Mail on the Acting Attorney General of the United States at the address referenced in the above document.

By: *<u>/s/ Matthew Greenfield</u>*
Matthew Greenfield