**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns |

**DECLARATION OF YITZCHAK KOPEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Yitzchak Kopel, hereby declare as follows.

1. I am a partner at Bursor & Fisher, P.A. I am an attorney at law licensed to practice in the States of New York, Missouri, Massachusetts, and New Jersey, and I am admitted *pro hac vice* in this District. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.[1]

2. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment. ECF Nos. 117-120.

3. Attached as **Exhibit 1** is a true and correct copy of the Deposition transcript of Dr. Christian M. Dippon.

4. Attached as **Exhibit 4** is a true and correct copy of the spreadsheet produced in discovery with Bates No. BRAZE-00001.

5. Attached as **Exhibit 6** is a true and correct copy of the Expert Declaration of Dr. Jason Polakis.

[1] To increase consistency, the attached Exhibits track the numbers of Exhibits already in the record and therefore the attachments are not fully chronological.

6. Attached as **Exhibit 7** is a true and correct copy of a Google search of Plaintiff's email address and its results. *See also* ECF No. 85-5.

7. Attached as **Exhibit 9** is a true and correct copy of the document produced in discovery with Bates No. HTV_0000304.

8. Attached as **Exhibit 10** is a true and correct copy of the Expert Report of Dr. Christian M. Dippon. ECF No. 97-8.

9. Attached as **Exhibit 11** is a true and correct copy of the Deposition transcript of James E. Vint.

10. Attached as **Exhibit 13** is a true and correct copy of the document produced in discovery with Bates Nos. HTV_0000246-251, which was marked as Exhibit 13 in the Deposition of Michael Rosellini.

11. Attached as **Exhibit 14** is a true and correct copy of the document produced in discovery with Bates Nos. HTV_0000363, which was marked as Exhibit 14 in the Deposition of Michael Rosellini.

12. Attached as **Exhibit 15** is a true and correct copy of the document produced in discovery with Bates Nos. HTV_0000232-243, which was marked as Exhibit 15 in the Deposition of Michael Rosellini.

13. Attached as **Exhibit 27** is a true and correct copy of a spreadsheet produced in discovery with Bates No. HTV_0000624, which was marked as Exhibit 27 at the Deposition of Michael Rosellini.

14. Attached as **Exhibit 32** is a true and correct copy of a spreadsheet produced in discovery with Bates No. HTV_0000629, which was marked as Exhibit 32 at the Deposition of Michael Rosellini.

15. Attached as **Exhibit 44** is a true and correct copy of a Google search of Michael Rosellini's email address, which was marked as Exhibit 44 at the Deposition of Michael Rosellini.

16. Attached as **Exhibit 46** is a true and correct copy of a Google Maps search of the first set of geocoordinates associated with Michael Rosellini's email address in Defendant's data, which was marked as Exhibit 46 at the Deposition of Michael Rosellini.

17. Attached as **Exhibit 47** is a true and correct copy of a Google search of Michael Rosellini's home address and "beenverified", which was marked as Exhibit 47 at the Deposition of Michael Rosellini.

18. Attached as **Exhibit 48** is a true and correct copy of a Google Maps search of the second set of geocoordinates associated with Michael Rosellini's email address in Defendant's data, which was marked as Exhibit 48 at the Deposition of Michael Rosellini.

19. Attached as **Exhibit 50** is a true and correct copy of the document produced in discovery with Bates Nos. HTV_0000303-305, which was marked as Exhibit 50 at the Deposition of Michael Rosellini.

20. Attached as **Exhibit 51** is a true and correct copy of Defendant's Privacy Policy produced in discovery with Bates Nos. HTV_0000116-130, which was marked as Exhibit 51 at the Deposition of Michael Rosellini.

21. Attached as **Exhibit 52** is a true and correct copy of the document produced in discovery with Bates Nos. HTV_0000329-332, which was marked as Exhibit 52 at the Deposition of Michael Rosellini.

22. Attached as **Exhibit 53** is a true and correct copy of the document produced in discovery with Bates Nos. HTV_0000513, which was marked as Exhibit 53 at the Deposition of Michael Rosellini.

23. Attached as **Exhibit 54** is a true and correct copy of the document produced in discovery with Bates No. HTV_0000514, which was marked as Exhibit 54 at the Deposition of Michael Rosellini.

24. Attached as **Exhibit 65** is a true and correct copy of the Declaration of Charles Therrien in Support of Plaintiff's Motion for Class Certification (ECF No. 86), which was marked as Exhibit 65 at the Deposition of Charles Therrien.

25. Attached as **Exhibit 71** is a true and correct copy of the Expert Declaration of Dr. Narseo Vallina-Rodriguez, which was marked as Exhibit 71 at the Deposition of Dr. Narseo Vallina-Rodriguez.

26. Attached as **Exhibit 76** is a true and correct copy of a study by Philippe Golle and Kurt Partridge, titled *On the Anonymity of Home/Work Location Pairs*, in 7th International Conference on Pervasive Computing (2009) at 390, which was marked as Exhibit 76 at the Deposition of Dr. Vallina-Rodriguez.

27. Attached as **Exhibit 77** is a true and correct copy of a study by Kostas Drakonakis, et al., titled *Please forget where I was last summer: The privacy risks of public location (meta) data*¸ in NDSS Symposium (2019), which was marked as Exhibit 77 at the Deposition of Dr. Vallina-Rodriguez.

28. Attached as **Exhibit 83** is a true and correct copy of a document produced in discovery with Bates No. BRAZE-00005, which was marked as Exhibit 83 at the Deposition of Dr. Vallina-Rodriguez.

29. Attached as **Exhibit 86** is a true and correct copy of a study by Marta C. Gonzalez, et al., titled *Understanding individual human mobility patterns*¸ in NATURE 452, No. 7196 (2008): 779-782, which was marked as Exhibit 86 at the Deposition of Dr. Christian Dippon.

30. Attached as **Exhibit 88** is a true and correct copy of the Expert Declaration of Dr. Christian M. Dippon on behalf of DJI Technology Inc., 14 CFR Parts 1, 47, 48, 89, 91, and 107, Dkt No. FAA-2019-1100, which was marked as Exhibit 88 at the Deposition of Dr. Christian Dippon.

31. Attached as **Exhibit 89** is a true and correct copy of a study by Yves de Montjoye, et al., titled *Unique in the Crowd: The privacy bounds of human mobility*, in Scientific Reports 3, no.1 (2013): 1-5, which was marked as Exhibit 89 at the Deposition of Dr. Christian Dippon.

32. Attached as **Exhibit 90** is a true and correct copy of a study by Hui Zang, et al. entitled *Anonymization of Location Data Does Not Work*, in 17 MOBICOM 145 (2011), which was marked as Exhibit 90 at the Deposition of Dr. Dippon.

33. Attached as **Exhibit 92** is a true and correct copy of a New York Times Opinion article by Stuart A. Thompson and Charlie Warzel, titled *Twelve Million Phones, One Dataset, Zero Privacy*, in the New York Times (Dec. 19, 2019), which was marked as Exhibit 92 at the Deposition of Dr. Dippon.

34. Attached as **Exhibit 93** is a true and correct copy of the Expert Declaration of Dr. Joel Reardon, which was marked as Exhibit 93 at the Deposition of Dr. Joel Reardon.

35. Attached as **Exhibit 104** is a true and correct excerpt of a voluminous electronic file bearing the Bates No. HTV-0002706. This file, which is a "transmission" on the WCVB App, was recorded by Defendant's expert Mr. Vint and authenticated at his deposition. The excerpt was taken in the Charles Proxy application, which is the format it was shown to Mr. Vint in at his deposition.

I declare under penalty of perjury under the laws of the State of New York and the Commonwealth of Massachusetts that the foregoing is true and correct. Executed on February 7, 2025 in New York, New York.

Y. Kopel
_______________________
Yitzchak Kopel