**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns |

**DECLARATION OF PLAINTIFF CHARLES THERRIEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Charles Therrien, hereby declare as follows.

1. I am the named plaintiff in the above-captioned action, *Therrien v. Hearst Television, Inc.*¸ Case No. 1:23-cv-10998, pending in the United States District Court for the District of Massachusetts. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the automatically generated online report from Beenverified.com for my personal email address.

3. I have never disclosed my email address alongside my precise location and movements and my video-viewing records.

4. On the specific occasions when I choose to share the videos that I view with others, I share that information to specific individuals of my choosing knowingly. I never knowingly chose to share my video-viewing information as it applies in this case with Google LLC or Braze, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2025 in Pembroke, New Hampshire.

Charles Therrien
Charles Therrien (Feb 7, 2025 15:24 EST)

Charles Therrien