**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHARLES THERRIEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HEARST TELEVISION, INC.,

Defendant.

Case No. 1:23-cv-10998

Hon. Richard G. Stearns

**ORAL ARGUMENT REQUESTED PURSUANT TO L.R. 7.1(d)**

## PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION OR, ALTERNATIVELY, TO REOPEN DISCOVERY

Plaintiff Charles Therrien ("Plaintiff"), by and through his undersigned counsel, respectfully submits this renewed motion for class certification pursuant or, alternatively, to reopen discovery pursuant to Fed. R. Civ. P. 16(b)(4) and 23(c)(1)(C). The grounds and legal authority for this motion are set forth in (i) Plaintiff's accompanying memorandum of law; and (ii) the Declaration of Yitzchak Kopel and all exhibits thereto, which are incorporated by reference.

## L.R. 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Plaintiff and counsel for Defendant Hearst Television, Inc. ("Defendant") met and conferred on the issues set forth in the Motion and accompanying Memorandum of Law on February 26, 2025 via telephone. Present at the conference were Yitzchak Kopel and Victoria X. Zhou for Plaintiff, and Andrea Butler, Kristen Hauser, Matthew Greenfield, and Jonathan Donnellan for Defendant. The Parties were unable to resolve the issues set forth in the Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff respectfully requests oral argument on this motion.

Dated: March 14, 2025

Respectfully submitted,

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (BBO #716245)
Max S. Roberts (*Pro Hac Vice*)
Victoria X. Zhou (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr. (BBO #566161)
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
E-Mail: james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the Court's CM/ECF system, which will provide e-mail notice to all counsel of record.

By: *_/s/ Yitzchak Kopel_*
Yitzchak Kopel