**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES THERRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST TELEVISION, INC.,<br><br>Defendant. | Case No. 1:23-cv-10998<br><br>Hon. Richard G. Stearns<br><br>**ORAL ARGUMENT REQUESTED PURSUANT TO L.R. 7.1(d)** |

**DECLARATION OF YITZCHAK KOPEL IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION OR, ALTERNATIVELY, TO REOPEN DISCOVERY**

I, Yitzchak Kopel, hereby declare as follows.

1. I am a partner at Bursor & Fisher, P.A. I am an attorney at law licensed to practice in the Commonwealth of Massachusetts and the States of New York, Missouri, and New Jersey, and I am admitted to practice in this District. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Renewed Motion for Class Certification Or, Alternatively, to Reopen Discovery.

3. Attached as **Exhibit 1** is a true and correct copy of the Court's February 14, 2025 Order (ECF No. 136).

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Reply In Support of Motion for Class Certification, which was previously filed at ECF No. 104.

5. Attached as **Exhibit 3** is a true and correct copy of Plaintiff's Opposition to the Motion to Strike the Testimony of Dr. Narseo Vallina-Rodriguez, which was previously filed at ECF No. 105.

6. Attached as **Exhibit 4** is a true and correct copy of the Expert Report of Dr. Narseo Vallina-Rodriguez, which was previously filed at ECF No. 97-10.

7. Attached as **Exhibit 5** is a true and correct copy of the transcript for the Deposition of Dr. Narseo Vallina-Rodriguez, which was previously filed at ECF No. 97-5.

8. Attached as **Exhibit 6** is a true and correct copy of the transcript for the Deposition of Dr. Christian Dippon, which was previously filed at ECF No. 107-1.

9. Attached as **Exhibit 7** is a true and correct copy of a report submitted by Dr. Christian Dippon on behalf of DJI Technology Inc., which was previously filed at ECF No. 108.[1]

10. Attached as **Exhibit 8** is a true and correct copy of a document bearing the Bates number BRAZE-0005, which was previously filed at ECF No. 85-3.

11. Attached as **Exhibit 9** is a true and correct copy of an August 8, 2024 e-mail I received from Justin Sher, counsel for third party Braze, Inc.

12. Attached as **Exhibit 10** is a true and correct copy of the transcript for the Deposition of Michael Rosellini and errata, which were previously filed at ECF Nos. 97-3 and 97-4.

13. Attached as **Exhibit 11** is a true and correct copy of the Declaration of Michael Rosellini, which was previously filed at ECF No. 97-6.

I declare under penalty of perjury under the laws of the State of New York and the Commonwealth of Massachusetts that the foregoing is true and correct. Executed on March 14, 2025 in New York, New York.

Yitzchak Kopel

[1] This report is also publicly available at https://mobile.reginfo.gov/public/do/eoDownloadDocument?pubId=&eodoc=true&documentID=7242.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the Court's CM/ECF system, which will provide e-mail notice to all counsel of record.

By: */s/ Yitzchak Kopel*
Yitzchak Kopel