UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
Charles Therrien
    Plaintiff

                                                                                                         CIVIL ACTION NO.:
                v.                                                                          1:23-cv-10998-RGS


Hearst Television, Inc.
    Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
May 9, 2025

Stearns, D.J.

In accordance with the Order entered on <u>April 25, 2025</u>, GRANTING Defendant's Motion for Summary Judgment, Judgment is entered for Hearst Television, Inc. This case is hereby DISMISSED.

      SO ORDERED.

                                                  <u>/s/ Richard G. Stearns</u>
                                                  RICHARD G. STEARNS
                                                  United States District Judge